UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                            :

IN RE:  APPLICATION CONCERNING     :
SUBPOENA ISSUED IN FINRA          :
ARBITRATION NO. 24-02082          :          1:26-mc-47-GHW-JW

                            :

------------------------------------------------------------------ X       ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/14/2026

GREGORY H. WOODS, United States District Judge:

On February 2, 2026, Barrington Edwin Gist, proceeding *pro se*, filed this action moving to quash LPL Financial LLC's non-party subpoena to Morgan Stanley in FINRA arbitration captioned *LPL Financial LLC v. Barrington Edward Gist*, FINRA Arbitration No. 24-02082.  Dkt. No. 1.

On February 9, 2026, the Court referred this case to Magistrate Judge Jennifer E. Willis. Dkt. No. 3.

On February 24, 2026, Mr. Gist filed an emergency motion seeking a temporary stay of Morgan Stanley's production of documents pursuant to the subpoena.  Dkt. No. 4.

On February 27, 2026, Judge Willis issued an opinion denying Mr. Gist's motion to quash. Dkt. No. 5.  Judge Willis denied the emergency motion as moot.  *Id.* at 1.  No party objected within fourteen days.

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Parties may raise specific, written objections to the report and recommendation within fourteen days of receiving a copy of the report.  *Id.*; *see also* Fed. R. Civ. P. 72(b)(2).  The Court reviews for clear error those parts of a report and recommendation to which no party has timely objected.  28 U.S.C. § 636(b)(1)(A); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

No objection to the R&R was submitted within the fourteen-day window.  The Court has reviewed the R&R for clear error and finds none.  *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS)

(GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record"). The Court, therefore, accepts and adopts the R&R in its entirety.

The Clerk of Court is directed to close this case and to mail a copy of this order to Barrington Edwin Gist.

SO ORDERED.

Dated: March 14, 2026

_____
GREGORY H. WOODS
United States District Judge

2